1034

THE STATE OF WASHINGTON, *Respondent,* v. GARY
INCE, *Appellant.*

Appeals from judgments of the Superior Court for Kitsap
County, No. 80-1-00048-7, Frank L. Price, J. Pro Tem.,
entered April 9, 1980 and February 13, 1981. *Affirmed* by
unpublished opinion per Worswick, J., concurred in by
Reed, C.J., and Petrie, J.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
L. REED, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 7277, Alan R. Hallowell, J., entered
August 29, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
D. MAJOR, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–342, John W. Schumacher, J.,
entered April 10, 1980. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. JIMMIE
G. LADSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02632-8, Frank D. Howard, J., entered
November 18, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by James and Corbett, JJ.